**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | Mag. No. 06-0013M |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Jesus Jimenez-Medina, and Juan Garzon-Diaz | |
| Defendants. | |

    Upon reading of the foregoing Motion to Dismiss the Complaint without Prejudice, and good cause appearing therefrom, the court has determined that pursuant to 18 U.S.C. Section 3162(a)(1), the offense in this matter is serious, the defendants filed a motion to extend time to indict and it is in the interests of justice to dismiss the complaint without prejudice.

    IT IS ORDERED that the Complaint is Dismissed without Prejudice. Excludable delay under 18 U.S.C. §3161(h) _____ is found to commence on _____ for a total of _____ days.

    DATED this 24th day of February, 2006.

David K. Duncan
United States Magistrate Judge